(No. 901—Claimant awarded $398.75 with interest.)

ROBERT O. BUTZ, THEODORE C. BUTZ AND HERBERT R. BUTZ, EXECU-
TORS OF THE LAST WILL OF OTTO C. BUTZ, Deceased, Claimant,
*vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

INHERITANCE TAX—*when claimant entitled to refund. Sec. 25.* Where
an inheritance tax has been assessed and paid, under Sec. 25, Inheritance
Tax Law, and afterwards, upon proper proceedings, the estate was reassessed
by the county court, and the court finds that claimants are entitled to a re-
fund, an award will be made for the excess tax paid.

BUTZ, VON AMMON & MARX, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

The claimants, Robert O. Butz et al., brings this suit to
procure from the State, a refund of inheritance tax in the sum
of $398.74 with 3% interest per annum from October 28, 1920,
under Section 25 of the Inheritance Tax Laws of Illinois.

Otto Butz died testate in Cook county, Illinois, and claim-
ants were appointed by will executors therein, and afterwards
duly qualified as executors.

The inheritance taxes were fixed and order made by
county judge of said county; and on the 28th day of October,
1920, paid the taxes then shown by order of the court to be
due to-wit: $19,306.08, less 5% discount allowed by statute in
such case made and provided making a net tax so paid $18,-
340.78.

Application was made in due time, to the county court of
said county and by order of the county court the estate was
*reassessed;* that upon such *reassessment* the executors, as
shown by order of said county court, the claimants became
and are entitled to a refund under Section 25 of said act in
the sum of $398.74. Certified copies of will, letters, assess-
ments and orders of the county court are filed and considered
herein in evidence and same prove the claimant's demand, to
which the Attorney General makes no objection, but consents
in writing to the allowance of said sum.

The court accordingly awards claimants, executors of said
estate, the sum of $398.74 with 3% interest per annum thereon
from October 28, 1920, to this date.